**Delois BUXTON, As Mother and Duly Appointed Guardian of Stacy Shanta Buxton, Plaintiff—Appellant,**

v.

**LIL' DRUG STORE PRODUCTS INC.; Novartis Pharmaceuticals Corporation; Novartis Consumer Health Inc., Defendants—Appellees.**

No. 07–60657.

United States Court of Appeals, Fifth Circuit.

Sept. 24, 2008.

Ken R. Adcock, Adcock & Morrison PLLC, Ridgeland, MS, for Plaintiff–Appellant.

Roy C. Williams, Williams, Heidelberg, Steinberger & McElhaney, Pascagoula,

MS, Ricky Glenn Luke, Office of the Attorney General for the State of Mississippi, Jackson, MS, Cynthia Lynn Kendrick, Spriggs & Hollingsworth, Washington, DC, Mildred M. Morris, Watkins & Eager, Jackson, MS, Cyrus York Craig, Jr., Craig, Hester, Luke & Dodson, Ridgeland, MS, for Defendants–Appellees.

Before JOLLY, GARZA, and ELROD, Circuit Judges.

PER CURIAM: *

We have reviewed the briefs, pertinent portions of the record, and the applicable law and have heard the arguments of counsel. It is clear that the district court in its thorough opinion committed no reversible error. Its judgment, therefore, is AFFIRMED. *See* 5TH CIR. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.